**SEALED**



MAR -7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GARY ROMERO, ET AL.,<br><br>          Defendants | 1:13 CR 0 0 0 8 5 - LJO SKO<br><br>ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment and the court reporters record of the indictment return herein is sealed until further order of this Court.

DATED: 3/7/13

_____
U.S. MAGISTRATE JUDGE