Case 1:13-cr-00085-LJO-BAM   Document 20   Filed 03/21/13   Page 1 of 2



MAR 21 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL J. MONTOYA
   KIMBERLY A. SANCHEZ
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:13 CR 00085 LJO SKO

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) |
| | ) EX PARTE MOTION TO SEAL |
| v. | ) INDICTMENT PURSUANT |
| | ) TO RULE 6(e), FEDERAL |
| GARY ROMERO, ET AL., | ) RULES OF CRIMINAL |
| | ) PROCEDURE |
| Defendants. | ) |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 21, 2013, charging the above defendants with a violation of Title 21, United States Code 846, and 841(a)(1) - Conspiracy to Distribute and Possess With Intend to Distribute Methamphetamine and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the

1

finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: March 21, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By /s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED this 21ST day of March, 2013.

/s/ Sheila K. Oberto
SHEILA K. OBERTO
U.S. Magistrate Judge