IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SEALED**

FILED
MAR 27 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GARY ROMERO,<br>　　AKA "Pizza," AKA "Cesar," AKA<br>　　"Pepperoni,"<br>JOE ANTHONY GOMEZ FELIX,<br>　　AKA "Gator," AKA "Bullet,"<br>DANNNY RICHARD EDWIN BROWN,<br>　　AKA "D-boy"<br>SALVADOR RAYMOND DELEON RODRIGUEZ,<br>　　AKA "Sal," AKA "Fat Shark,"<br>VICTOR ALFONSO MONTOYA,<br>　　AKA "Vicious,"<br><br>　　　　　Defendants. | CASE NO. 1:13-CR-00085 LJO<br><br>ORDER ON GOVERNMENT'S EX PARTE<br>MOTION FOR PROTECTIVE ORDER |

After considering the Government's Ex Parte Motion for a Protective Order, pursuant to Rule 16(d)(1), and having found good cause therefore, the Court hereby ORDERS that:

1. Defense counsel is prohibited from providing copies of discovery to the defendants or anyone other than members of the defense team (which includes defense investigators, legal assistants, and experts, but not the defendants). Defense counsel and members of the defense team may show defendants the discovery and permit them to review it so long as either defense counsel or a member of the defense team is present, but may not leave any copies of the

1

discovery with the defendants.

2. Defense counsel must present to the Court a declaration executed by any intended recipient indicating that he/she has read the Court's protective order and agrees to abide by its terms. Further, that defense counsel must provide a declaration to the Court indicating to whom the discovery has been provided and how many copies.

3. Within 20 days after finality of the instant case, as determined under the Federal Rules of Criminal Procedure and case law from the Ninth Circuit Court of Appeals and United States Supreme Court, counsel for the defendants shall return any an all copies of the protected material to the government's attorney and so certify to the government's attorney. Should any copies of the protected material have been made by defense counsel or their staff, such copies shall be returned to defense counsel within 20 days after jurisdiction in the district court ceases, and defense counsel shall return them to the government within 10 days thereafter.

Dated: March, _25_ 2013

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA