**FILED**

MAR 27 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:13-CR-00085 LJO |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER TO SEAL GOVERNMENT'S EX PARTE MOTION FOR A PROTECTIVE ORDER |
| v. ) | |
| ) | **UNDER SEAL** |
| GARY ROMERO, ) | |
|   aka "Pizza," ) | |
|   aka "Cesar," ) | |
|   aka "Pepperoni," ) | |
| JOE ANTHONY GOMEZ FELIX, ) | |
|   aka "Gator," ) | |
|   aka "Bullet," ) | |
| DANNY RICHARD EDWIN BROWN, ) | |
|   aka "D-boy" ) | |
| SALVADOR RAYMOND DELEON ) | |
| RODRIGUEZ, ) | |
|   aka "Sal," ) | |
|   aka "Fat Shark," ) | |
| VICTOR ALFONSO MONTOYA, ) | |
|   aka "Vicious," ) | |
| ) | |
| Defendants. ) | |

The United States having applied to this Court for an order permitting it to file its Motion for a Protective Order under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: March 25, 2013

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. ~~District~~ Court Judge

1