BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00085 LJO |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL SUPERSEDING INDICTMENT |
| v. | |
| GARY ROMERO,<br>      AKA "Pizza,"<br>      AKA "Cesar,"<br>      AKA "Pepperoni,"<br>JOE ANTHONY GOMEZ FELIX,<br>      AKA "Gator,"<br>      AKA "Bullet,"<br>DANNY RICHARD EDWIN BROWN,<br>      AKA "D-boy,"<br>SALVADOR RAYMOND DELEON RODRIGUEZ,<br>      AKA "Sal,"<br>      AKA "Fat Shark,"<br>VICTOR ALFONSO MONTOYA,<br>      AKA "Vicious,"<br>                        Defendants. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the superseding indictment under seal.

///

///

///

Motion and Order to Unseal Superseding Indictment            1

Based on the foregoing, the United States respectfully requests that the superseding indictment be unsealed and made public record.

Dated: April 15, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney

This superseding indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

The case is to be unsealed and be made public record.

IT IS SO ORDERED.

Dated:  **April 16, 2013**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE