BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
LAUREL A. MONTOYA
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

DAVID A. O'NEIL
Acting Assistant Attorney General
LOUIS A. CRISOSTOMO
Trial Attorney
1301 New York Avenue, N.W.
Suite 700
Washington, D.C. 20005
Telephone: (202) 514-3594
Facsimile: (202) 514-3601

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY ROMERO, ET AL.,<br><br>Defendants. | CASE NO. 1:13-CR-085 LJO/SKO<br><br>MOTION AND PROPOSED ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret,

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kimberly A. Sanchez, Laurel J. Montoya and Louis Crisostomo, Assistant United States Attorneys, hereby moves

1

that the Second Superseding Indictment in this case be unsealed and made public record.

Dated: May 5, 2014      BENJAMIN B. WAGNER

UNITED STATES ATTORNEY

BY:   /s/ Kimberly A. Sanchez
     KIMBERLY A. SANCHEZ
     Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **May 5, 2014**

UNITED STATES MAGISTRATE JUDGE

```
BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
LAUREL A. MONTOYA
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

DAVID A. O'NEIL
Acting Assistant Attorney General
LOUIS A. CRISOSTOMO
Trial Attorney
1301 New York Avenue, N.W.
Suite 700
Washington, D.C. 20005
Telephone: (202) 514-3594
Facsimile: (202) 514-3601

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13-CR-085 LJO/SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO UNSEAL SECOND |
| | ) | SUPERSEDING INDICTMENT |
| v. | ) | |
| | ) | |
| GARY ROMERO, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the motion by the United States, IT IS HEREBY

3

1 ORDERED that the Second Superseding Indictment filed on May 1, 2014
2 be unsealed.